IN THE UNITED STATES DISTRICT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**CASEY ROBERTS**

**VS.**                    **4:11CV00681  BRW**

**KEVMAR CAPITAL CORPORATION**
**JP MORGAN CHASE BANK**
**CHASE BANK USA NA**

## NOTICE

A hearing on Plaintiff's Default Judgment will be held at 3:00 p.m., Friday, April 27, 2012, at the United States District Court for the Eastern District of Arkansas Richard Sheppard Arnold Courthouse, 600 West Capitol Avenue, Room A401, Little Rock, Arkansas 72201.

The Clerk of the Court is directed to send a copy of this Notice to Scott LaScala, Process Agent for Chase Bank USA, NA JP Morgan Chase, 1209 Orange Street, Wilmington, Delaware 19801.  A copy of this Notice will also be faxed to the JP Morgan Chase Legal Papers Served Department at 212-552-5073.

IT IS SO ORDERED this 17th day of February, 2012.


/s/  Billy Roy Wilson
UNITED STATES DISTRICT JUDGE