IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**CASEY ROBERTS**                                                                  **PLAINTIFF**

v.                                         No. 4:11-cv-681 KGB

**KEVMAR CAPITAL CORPORATION and**
**JPMORGAN CHASE - CHASE BANK USA NA**                    **DEFENDANTS**

**ORDER**

    Before the Court is plaintiff's motion to seek discovery in excess of rule limit (Dkt. No. 32). Plaintiff Casey Roberts seeks the Court's leave to propound certain discovery requests to defendant Kevmar Capital Corporation ("Kevmar") that were previously served on Kevmar. Those requests are attached as Exhibit A to his motion. Mr. Roberts claims he propounded 23 interrogatories, not counting subparts, to Kevmar. According to Mr. Roberts, Kevmar answered the first seven interrogatories and objected to the remaining ones as exceeding the maximum number of interrogatories allowed under the Federal Rules of Civil Procedure. For good cause shown, Mr. Roberts's request to propound the discovery attached as Exhibit A to his motion is granted. The Court notes that, if he wishes the Court to rule on Kevmar's objections to the first seven interrogatories or any others, he should file a motion to compel.

    SO ORDERED this 5th day of November, 2012.

_____
Kristine G. Baker
United States District Judge